ALEXANDER M. TAYLOR, respondent,

*v.*

PUBLIC SERVICE CORPORATION OF NEW JERSEY, appellant.

[Argued December 2d, 1910.  Decided March 6th, 1911.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Garrison, whose opinion is reported in *75 N. J. Eq. (5 Buch.) 371.*

*Mr. George P. Rust,* for the respondent.

*Mr. L. D. Howard Gilmour,* for the appellant.

PER CURIAM.

The decree appealed from is affirmed for the reasons stated in the opinion of Vice-Chancellor Garrison.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, REED, TRENCHARD, PARKER, BERGEN, VOORHEES, MINTURN, BOGERT, VREDENBURGH, VROOM, CONGDON—13.

*For reversal*—None.